# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**380**

**KA 11-02114**

PRESENT: SMITH, J.P., PERADOTTO, CARNI, AND SCONIERS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                 ORDER

ANTHONY S. PIGNATARO, DEFENDANT-APPELLANT.

---

CHARLES J. GREENBERG, BUFFALO, FOR DEFENDANT-APPELLANT.

FRANK A. SEDITA, III, DISTRICT ATTORNEY, BUFFALO (MICHAEL J. HILLERY OF COUNSEL), FOR RESPONDENT.

-------------------------------------------------------------------------------------------------------

Appeal from a resentence of the Supreme Court, Erie County (John L. Michalski, A.J.), rendered May 4, 2010. Defendant was resentenced pursuant to Penal Law § 70.85.

It is hereby ORDERED that the resentence so appealed from is unanimously affirmed (*see People v Williams*, 82 AD3d 1576, *lv denied* 17 NY3d 810).

Entered: March 16, 2012                          Frances E. Cafarell
                                                 Clerk of the Court